160 P.3d 436

# SUPREME COURT OF HAWAI‘I

Hawaii Ventures, LLC v. Otaka, Inc. . . . . . . . . . . . . . . . . . . . . . . . . . . 25344, 26820    06/05/2007    Denied    114 Hawai‘i 438, 164 P.3d 696

| Case | Docket | Date | Disposition | Citation |
|---|---|---|---|---|
| Hawaii Ventures, LLC v. Otaka, Inc. | 25344, 26820 | 06/05/2007 | Denied | 114 Hawai‘i 438, 164 P.3d 696 |
| Holi v. AIG Hawaii Ins. Co., Inc. | 26059 | 06/05/2007 | Denied | 113 Hawai‘i 196, 150 P.3d 845 |
| K Children, In re | 27514, 27515 | 06/15/2007 | Rejected | —— Hawai‘i ——, —— P.3d —— |
| T Children, In re | 27690 | 06/07/2007 | Denied | 113 Hawai‘i 492, 155 P.3d 675 |